IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**DERRICK JONES**                                                                   **PLAINTIFF**

**v.**                      **Case No.  4:14-cv-00083 KGB**

**KOHLER CO. PENSION PLAN**                                     **DEFENDANT**

## JUDGMENT

Consistent with the Court's Opinion and Order entered on this day, plaintiff Derrick Jones's complaint is dismissed with prejudice.

So adjudged this 1st day of December, 2016.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge